ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

FILED
APR 19 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY CRAWFORD,<br><br>    Defendant. | Case No. CR 18-0148 HSG<br><br>UNITED STATES' MOTION AND [PROPOSED] ORDER TO UNSEAL CASE |

Upon the government's application, this Court granted the United States' motion to seal the record in this case until further order of the Court. Since then, related indictments have been unsealed and there is no longer a risk that disclosing the existence of the Indictment and Arrest Warrant in this case will jeopardize the progress of the ongoing investigation. The defendant is in state custody and there is therefore no risk that disclosing the existence of the Indictment and Arrest Warrant in this case

//
//
//
//
//

MOTION TO UNSEAL
CR 18-0148 HSG

will cause the defendant to flee, destroy evidence, or conceal on-going criminal activity. The United States therefore moves to unseal the record in this case.

DATED: April 19, 2018

Respectfully Submitted,

ALEX S. TGE
Acting United States Attorney

HELEN L. GILBERT
Assistant United States Attorney

MOTION TO UNSEAL
CR 18-0148 HSG

[PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the record in this case be unsealed.

DATED: April 19, 2018

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL
CR 18-0148 HSG